AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**1350 F STREET, NE**
**WASHINGTON, DC 20002**

## SEARCH WARRANT

CASE NUMBER: **05 - 0 4 3 1 M - 0 1**

TO: ___TIMOTHY R. THIBAULT___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SPECIAL AGENT, TIMOTHY R. THIBAULT__ who has reason to believe that □ on the person or ☒ on the premises known as (name, description and or location)

See Attachment A and B.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)
See attachment A and B and the affidavit submitted in support of the application for this warrant which attachment A and B and the affidavit are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___**0 5 AUG 2005**___

(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 01 2005

Date and Time Issued

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 08-01-2005 | 08-03-2005, 9:25am | on Kitchen counter premises not occupied |

INVENTORY MADE IN THE PRESENCE OF    Special Agent Jennifer L. Bach, FBI

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

-see attached inventory

FILED

AUG 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Jennifer L. Bach

Subscribed, sworn to, and returned before me this date.

_____                    8-5-05
U.S Judge or Magistrate            Date

# FINAL INVENTORY

## ITEMS SEIZED ON      8/3/2005

### 1350 F Street NE          Washington          DC          20002

### 58C-WF-231361      CASE AGENT      SAs Cooper & Thibault

### SEIZING AGENT  SA Jennifer Bach

| ITEM # | BOX # | ROOM | CONTAINER | DESCRIPTION |
|---|---|---|---|---|
| 1 | | A | on the end table | Fax dated July 11, 2005 to Michael A. Valenti, Esq. From Attiso Barnes c/o Wiley Rein + Fielding LLP re: Outstanding Loans to iGate, Inc. (2 pages) |
| 2 | | B | Island Countertop Cabinet | Envelope and Letter dated 6/9/2004 from President of Nigeria to Congressman Jefferson Re: iGate & NDTV |
| 3 | | B | Inside the trash bin | fax finanicals & spreadsheets documents (Nitel & IBBS) 7 pages from 504 area (New Orleans) |
| 4 | | B | Freezer | Foil that contained $20,000 BOCA Burger Box that contained fo and cash. 2 stacks of $10,000.00 wrapped in rubberhands, botl stacks wrapped in aluminum foil and placed in a Boca Burger box in the freezer. |
| 5 | | B | Freezer | Foil contained $20,000.00 Pie Crust Box that held foil and cash 2 stacks $10,000.00 rubberbands around each stack, both wrapped in foil and contained in a Pillsbury Pie crust box in the freezer. |
| 6 | | B | Freezer | Foil that contained $30,000.00 shopping bag that held foil and cash.  3 stacks of $10,000.00 each, each stack was contained with a rubberbands of the 3 stacks: 2 stacks was wrapped in fo together, 1 stack was loose, all 3 stacks were stored in white "Yes Organic Market" bag. |
| 7 | | B | Freezer | Foil that contained $20,000.00 cash. 2 stacks of $10,000.00 each w/rubberbands - all wrapped in foil found by itself in the freezer. |
| 8 | | B | In trash bin | 2 page letter from Lori, e-mail from B.K. & wiring instructions - beneficiary of W2 IBBS LTD. |
| 9 | | G | Top of coffee table in front | Container: top of coffee table in front of couch" Reynold's wrap (200 sq. ft) box  containing aluminum foil. |
| 10 | | G | Top of coffee table in front | Container :Top of coffee table in front of couch"      ******ATTY CLIENT*********** to Jalita Jefferson from Earl Adams re: Niger |
| 11 | | G | Top of coffee table in front | Container : Top of coffee table in front of couch.      iGate profit/loss sheets, balance sheets, vendor balance summarys. |
| 12 | | E | Nightstand bottom drawer | Container : Nightstand bottom drawer by restroom. *********ATTNY CLIENT*****************                         Manilla Folder containing Investment agreement Re: GEES.   Distributo agreement re: iGate + W2-IBBS |
| 13 | | E | Mid-drawer of Nightstand by | Container: Mid-drawer of Nightstand by restroom.                         Fax copy of letter to Ahmed Vanderpuije from Vernon Jackson. Re: iGate |

| ITEM # | BOX # | ROOM | CONTAINER | DESCRIPTION |
|---|---|---|---|---|
| 14 | | E | Stacked in pile next bed | Empty CD case (Rosecom Documents) JV agreement Rosecom.net, Fax Re: iGate, Powerpoint presentations Re: iGate, Brit Airway plane ticket (4-11 July) |
| 15 | | E | next to dresser on floor | iGate and NDTV Business agreement documents. |
| 16 | | E | next to dresser on floor | Letter concerning iGate technology. |
| 17 | | E | Next to dresser on floor | iGate Powerpoint presentations |
| 18 | | E | Next to dresser on the floor | Letters and a Powerpoint presentation involving iGate to Nigeria from Vernon Jackson. |
| 19 | | E | Next to dresser on floor | Wire transfer order to Ahmed Vanderpuije dated 01/23/2004 in the amount of $500.00. |
| 20 | | E | Next to dresser on floor | Hand written agreement on legal paper between International Broadband services of the Rep of Ghana and parties yet to be determined. |
| 21 | | E | Next to dresser on the floor | Powerpoint presentation concerning iGate. |
| 22 | | E | Next to dresser on floor | Fax from Vernon Jackson dated 07/17/2004 concerning iGate Inc. |
| 23 | | E | Next to dresser on floor | E-mail from Dave Premeaux dated 10/30/2001 concerning iGate |
| 24 | | E | Next to dresser on floor | Attorney correspondence regarding iGate. |
| 25 | | E | Entrance Closet | Letters addressed to President of Abuja, Nigeria from William Jefferson reference + Vernon Jackson project with iGate. |
| 26 | | B | On Island Countertop | Alhajisolieman Yahyah business card. |
| 27 | | I | Trashbag | Handwritten note on yellow legal size piece of paper--agreement between Gateway Ghana Limited + Ghana Telecommunications |
| 28 | | G | Closet | Red cloth "BOSCA" bag. |
| 29 | | G | Basement Computer Desk | 3.5 disk with marking "Vernon 8/5/2003" |
| 30 | | G | Left of computer on a table | Fax History report 7-12 thru 8-1 retrieved from fax machine. |
| 31 | | B | Under green stool w.TV on top | Container: Under green stool w/TV on top of if by deck.    Stock Ledger + Transfer ledger, green folder with hand written notes about iGate + Rosecom |

**RECEIVED BY:**_____        **RECEIVED FROM:**_____